## COOKE v. TOWN OF RICH SQUARE

No. 37P84.

Case below: 65 N.C. App. 606.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984. Notice of appeal dismissed 28 August 1984.

## CRAVEN v. JONES

No. 129P84.

Case below: 66 N.C. App. 377.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## CRUMPLER v. STEWART

No. 333P84.

Case below: 68 N.C. App. 788.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

## DAVIS v. NC MUTUAL LIFE INS. CO.

No. 455P84.

Case below: 69 N.C. App. 339.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 10 August 1984.

## DENTON v. SOUTH MOUNTAIN PULPWOOD

No. 425P84.

Case below: 69 N.C. App. 366.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.